**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADIL EL HAJ OBAID (ISN 165),<br><br>                  Petitioner,<br><br>       v.<br><br>BARACK H. OBAMA,<br>President of the United States, et al.,<br><br>                 Respondents. | ) <br> ) <br> ) <br> ) Civil Action No.04-1254 (RCL) <br> ) <br> ) <br> ) **FILED** <br> ) <br> ) **JUL 0 7 2014** <br> ) <br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## ORDER

Upon consideration of Respondents' Unopposed Motion to Extend the Time to Respond

to Petitioner's Motion to Lift the Stay to Discover Medical Records, the Court hereby ORDERS

that the motion is GRANTED. Respondents shall now respond to Petitioner's Motion to Lift

Stay of the Petition of Adil Said Al Hag Obeid al Busayss (ISN 165) for Purpose of Obtaining

Discovery of Medical Records (Dkt. No. 1033) on or before June 9, 2014, *nunc pro tunc*.

SO ORDERED:


_7/3/14_____
Date

_~~~~ C. ~~~~~_____
The Honorable Royce C. Lamberth
United States District Judge